# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

June 18, 2026

**To:** Chanda J. Berta
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 26-2296 |
| Caption:<br>WESTERN RESERVE MUTUAL CASUALTY COMPANY,<br>       Plaintiff - Appellee<br><br>v.<br><br>NOAH'S ARCADE, LLC, doing business as Full Tilt, et al.,<br>       Defendants - Appellants |
| District Court No: 3:25-cv-00108-CCV-SJF<br>Clerk/Agency Rep Chanda J. Berta<br>District Judge Cristal C. Brisco<br>Date NOA filed in District Court: 06/17/2026 |

If you have any questions regarding this appeal, please call this office.